AO 450 (Rev. 11/11)  Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 02, 2025

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

| | |
|---|---|
| PROGRESSIVE DIRECT INSURANCE COMPANY as Subrogee of JAMIE JAMES and SHAWN JAMES<br><br>*Plaintiff*<br>v.<br>CALEB K. SULLIVAN<br>and the UNITED STATES OF AMERICA<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No.   2:25-CV-0157-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑  other:   Pursuant to the Court Order at ECF No 12, the Parties' Stipulated Motion to Dismiss (ECF No. 11) is GRANTED. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter is DISMISSED with prejudice and without costs, and each party bearing their own attorneys' fees and costs. Judgment of dismissal with prejudice is entered.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Thomas O. Rice. _____

Date:  12/2/2025 _____            *CLERK OF COURT*

s/Sean F. McAvoy _____
*Signature of Clerk*